UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANAE SNOWDEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF CALAVERAS, SABRINA CABLE OF CALAVERAS COUNTY CODE COMPLIANCE, JOSH CRABTREE OF CALAVERAS COUNTY SHERIFFS DEPARTMENT, PETER MAUR OF CALAVERAS COUNTY PLANNING DEPARTMENT, DOES 1–50, EMPLOYEES AND AGENTS OF THE ABOVE COUNTY AND DEPARTMENTS,<br><br>　　　　Defendants. | No. 1:18-cv-01595-DAD-SAB<br><br><br>ORDER PURSUANT TO PARTIES' JOINT STIPULATION<br><br>(Doc. No. 5) |

Pursuant to the parties' joint stipulation (Doc. No. 5), it is hereby ordered that:

1. Plaintiff's federal claim under 42 U.S.C. § 1983 for $720,000 relating to damage to her marijuana is hereby dismissed with prejudice. The parties are to bear their own fees and costs relating to said claim. This dismissal does not include any claims brought by plaintiff, under either federal or state law, for damage relating to County liens and penalties;

/////

1

2. Plaintiff is granted leave to file an amended complaint within twenty-eight (28) days of the date of this order; and
3. Defendants must answer, move, or otherwise respond to the amended complaint within twenty-one (21) days of the filing and service of the amended complaint.

IT IS SO ORDERED.

Dated: **November 30, 2018**

UNITED STATES DISTRICT JUDGE