# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANAE SNOWDEN,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COUNTY OF CALAVERAS, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01595-DAD-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT<br><br>(ECF No. 11) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that shall file a pleading responsive to Plaintiff's first amended complaint on or before January 25, 2019.

IT IS SO ORDERED.

Dated: __**January 10, 2019**__　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE