# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANAE SNOWDEN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>COUNTY OF CALAVERAS, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01595-DAD-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO AUGUST 20, 2019 |

Currently, a scheduling conference is set in this matter for March 26, 2019. (ECF No. 8.) On January 25, 2019, Defendants filed a motion to dismiss that is set for hearing on May 7, 2019. (ECF No. 13.) To allow time for decision on Defendants' motion to dismiss, the scheduling conference set for March 26, 2019, is HEREBY CONTINUED to **August 19, 2019 at 9:30 a.m.** in Courtroom 9. The parties are ORDERED to file a joint status report **seven (7) days** prior to the scheduling conference.

IT IS SO ORDERED.

Dated: __**January 31, 2019**__

　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1