# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANAE SNOWDEN,<br><br>   Plaintiff,<br><br> v.<br><br>COUNTY OF CALAVERAS, et al.,<br><br>   Defendants. | Case No. 1:18-cv-01595-DAD-SAB<br><br>ORDER CONTINUING SCHEDULING CONFERENCE TO NOVEMBER 22, 2019<br><br>(ECF No. 23) |

On August 5, 2019, a minute order issued continuing the scheduling conference to October 17, 2019. On August 22, 2019, counsel for Plaintiff filed a request to continue the scheduling conference due to unavailability. Accordingly, IT IS HEREBY ORDERED that the scheduling conference set for October 17, 2019 is CONTINUED to **November 22, 2019 at 10:00 a.m.** in Courtroom 9. The parties shall file a joint scheduling report seven days prior to the continued date.

IT IS SO ORDERED.

Dated: **September 5, 2019**

UNITED STATES MAGISTRATE JUDGE

1